**CHUBB**  
Chubb North American Claims  
436 Walnut Street, WA10A  
Philadelphia, PA 19106  

215-640-4258 Telephone  
215-640-1134 Fax  
Melissa.Rice@chubb.com  

September 21, 2017

Pioneer Construction Management Services, Inc.  
3711 SW 47 Avenue, Suite 203  
Davie, Florida 33314  

Dyan Ruel Miles  
5713 Hollywood Blvd  
Hollywood, Florida 33021  

Re: Surety:       WFIC Fire Insurance Company  
    Claim #:     KY17K2038102  
    Bond #:      K09263974  
    Principal:   Pioneer Construction Management Services  
    Obligee:     The School Board of Miami-Dade County  
    Project:     Irving & Beatrice Peskoe K-8 Center Project #1331900  

Dear Mr. Miles:

Westchester Fire Insurance Company ("WFIC") issued the above referenced bond on behalf of Pioneer Construction Management Services ("PCMS.") As an inducement for issuance of the bond, you executed an Agreement of Indemnity ("AI"), dated February 17, 2012, wherein you agreed to indemnify and hold WFIC harmless from any and all claims as a result of the issuance of a bond on behalf of PCMS.

Specifically, the AI states in paragraph 2- INDEMNITY:

> The Principals and Indemnitors shall exonerate, indemnify, and keep indemnified the Surety from and against any and all liability for losses and/or expenses of whatsoever kind or nature (including, but not limited to, interest, court costs, and counsel fees) and from and against any and all such losses and/or expenses which the Surety may sustain and incur...

If you require a copy of the AI for your reference, please inform me and a copy will be forwarded to your attention.

WFIC received a payment bond claim in the amount of $50,427.59 from Marmich Air Conditioning, Inc. WFIC discharged its obligations under the bond and issued payments to Trane USA, in the amount of $17,736.07, and Marmich Air Conditioning, in the amount of $32,691.52. Copies of the releases are attached.

WFIC now calls upon PCMS to reimburse WFIC. We hope that we will hear from you immediately upon receipt of this letter.

Westchester Fire Insurance Company expressly reserves all of its rights without limitation under the bond and indemnity agreement as well as those at law and equity.

Very truly yours,

Melissa M. Rice  
Senior Claims Specialist



EXHIBIT A-8

## FINAL WAIVER, RELEASE AND AFFIDAVIT OF PAYMENT

**CONTRACTOR:** PIONEER CONSTRUCTION MANAGEMENT SERVICES
**SUBCONTRACTOR:** MARMICH AIR CONDITIONING, INC.
**OWNER:** THE SCHOOL BOARD OF MIAMI-DADE COUNTY
**PROJECT:** IRVING & BEATRICE PESKOE K-8 CENTER
**PROJECT NO.:** 1331900

The above-named subcontractor ("Subcontractor"), for and in consideration of payment in the amount of thirty-two thousand six hundred ninety-one dollars and fifty-two cents ($32,691.52) does, on behalf of itself and its successors, past and present affiliates, parents, subsidiaries, divisions and/or assigns, hereby forever release, waive, and discharge the above-named contractor ("Contractor"), its surety, the above-named owner ("Owner"), and their respective officers, directors, employees, agents, successors and assigns, from any and all causes of action, suits, debts, accounts, damages, mechanic's lien or other lien, stop notices, encumbrances, judgments, claims and demands whatsoever, in law or equity, including any and all claims under Payment Bond No. K09263974, which Subcontractor had, now has, or ever will have for labor, services, materials and/or equipment furnished in the prosecution of work relating to the construction of the above-named project ("Project") through the date hereof. Subcontractor undersigned agrees to cause to be discharged any and all mechanic's liens filed against the Project through the date hereof.

Subcontractor represents and warrants that: (a) all workmen employed by it or its sub-subcontractors on the Project have been fully paid through the date hereof; (b) all materialmen from whom the undersigned or its sub-subcontractors have purchased materials, supplies and /or equipment used in the Project have been fully paid to the date hereof; and (c) none of such workmen and materialmen has any claim or demand or right of lien against the Project; and (d) all applicable sales taxes have been paid in full.

Subcontractor agrees that all warranties that it was required to furnish in connection with the Project are and shall remain in full force and effect according to their terms.

Subcontractor warrants, represents, and hereby certifies that Subcontractor has not sold, assigned, transferred, pledged, encumbered, or disposed of any liabilities, claims, demands, charges, or causes of action that may be affected by the terms of this Final Waiver, Release and Affidavit of Payment. The signatory hereof is duly authorized by Subcontractor to make this affidavit and agrees that the parties referenced herein and any surety and title insurer may rely upon this waiver and release.

This document is effective only upon the undersigned's receipt and successful clearance by the undersigned's bank of full payment of the amount set forth above. Any signature delivered via facsimile or other electronic means, e.g. Adobe Portable Document Format (PDF) sent by electronic mail, shall be deemed an original signature hereto.

IN WITNESS WHEREOF, this Final Waiver, Release and Affidavit of Payment has been executed on this 20 day of June 2017.

By: _____
Print: ROSA VILARELLO
Title: VICE PRESIDENT

Sworn to and subscribed before me the 20 day of June, 2017.

Notary Public, State of Florida
County of Miami Dade
My Commission expires: 10/28/2019

DAYMI BARALLOBRE
MY COMMISSION # FF931772
EXPIRES October 28, 2019
(407) 398-0153   FloridaNotaryService.com

2

## FINAL WAIVER, RELEASE AND AFFIDAVIT OF PAYMENT

**CONTRACTOR:** PIONEER CONSTRUCTION MANAGEMENT SERVICES
**SUBCONTRACTOR:** TRANE US, INC.
**OWNER:** THE SCHOOL BOARD OF MIAMI-DADE COUNTY
**PROJECT:** IRVING & BEATRICE PESKOE K-8 CENTER
**PROJECT NO.:** 1331900

The above-named subcontractor ("Subcontractor"), for and in consideration of payment in the amount of seventeen thousand seven hundred thirty-six dollars and seven cents ($17,736.07) does, on behalf of itself and its successors, past and present affiliates, parents, subsidiaries, divisions and/or assigns, hereby forever release, waive, and discharge the above-named contractor ("Contractor"), its surety, the above-named owner ("Owner"), and their respective officers, directors, employees, agents, successors and assigns, from any and all causes of action, suits, debts, accounts, damages, mechanic's lien or other lien, stop notices, encumbrances, judgments, claims and demands whatsoever, in law or equity, including any and all claims under Payment Bond No. K09263974, which Subcontractor had, now has, or ever will have for labor, services, materials and/or equipment furnished in the prosecution of work relating to the construction of the above-named project ("Project") through the date hereof. Subcontractor undersigned agrees to cause to be discharged any and all mechanic's liens filed against the Project through the date hereof.

Subcontractor represents and warrants that: (a) all workmen employed by it or its sub-subcontractors on the Project have been fully paid through the date hereof; (b) all materialmen from whom the undersigned or its sub-subcontractors have purchased materials, supplies and /or equipment used in the Project have been fully paid to the date hereof; and (c) none of such workmen and materialmen has any claim or demand or right of lien against the Project; and (d) all applicable sales taxes have been paid in full.

Subcontractor agrees that all warranties that it was required to furnish in connection with the Project are and shall remain in full force and effect according to their terms.

Subcontractor warrants, represents, and hereby certifies that Subcontractor has not sold, assigned, transferred, pledged, encumbered, or disposed of any liabilities, claims, demands, charges, or causes of action that may be affected by the terms of this Final Waiver, Release and Affidavit of Payment. The signatory hereof is duly authorized by Subcontractor to make this affidavit and agrees that the parties referenced herein and any surety and title insurer may rely upon this waiver and release.

This document is effective only upon the undersigned's receipt and successful clearance by the undersigned's bank of full payment of the amount set forth above. Any signature delivered via facsimile or other electronic means, e.g. Adobe Portable Document Format (PDF) sent by electronic mail, shall be deemed an original signature hereto.

IN WITNESS WHEREOF, this Final Waiver, Release and Affidavit of Payment has been executed on this 20 day of June 2017.

By: _Robert Roers_
Print: Robert Roers
Title: Financial Services Legal Case Manager

Sworn to and subscribed before me the 20 day of June, 2017.

_Diane Jungbluth_
Notary Public, State of Wisconsin
County of LaCrosse
My Commission expires: 11/10/19

*(Notary seal: Diane Jungbluth, Notary Public, State of Wisconsin)*

2



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.