

Chubb North American Claims  
P.O. Box 5108  
Scranton, PA 18505- 0525

215-640-4258 Telephone  
866-635-5687 Fax  
Melissa.Rice@chubb.com

December 19, 2017

Pioneer Construction Management Services, Inc.  
3711 SW 47 Avenue, Suite 203  
Davie, Florida 33314

Dyan Ruel Miles  
5713 Hollywood Blvd  
Hollywood, Florida 33021

Re: Surety:     Westchester Fire Insurance Company  
    Principal:  Pioneer Construction Management Services

Dear Mr. Miles:

Westchester Fire Insurance Company issued bonds on behalf of Pioneer Construction Management Services. As an inducement for issuance of the bond, an Agreement of Indemnity was executed in which Pioneer Construction Management Services agreed to hold the surety harmless from loss or expense.

Westchester is in receipt of the following payment bond claims:
- Johnson Controls- Tree Top- bond K09007945- $81,582.00
- Johnson Controls- North Broward Judicial Cooling Tower K09007945- $32,504.50
- Atlantic Awnings- Irving & Beatrice Peskoe K0926397- $6,468.76
- Communication Access Services- Overtown Community Center- K09007982- $3,993.00
- Marmich Air Conditioning, Inc. – demand for reimbursement in the amount of $50,427.59

Westchester now calls upon Pioneer Construction Management Services to promptly advise of your company's position and intentions regarding the claims. If your company disputes the claim, in whole or in part, please provide a summary of the facts and copies of all documents that you believe supports your company's position.

We would appreciate receiving your position within fifteen (15) days of the date of this letter.

Westchester Fire Insurance Company expressly reserves all of its rights without limitation under the bond and indemnity agreement as well as those at law and equity.

Very truly yours,

*Melissa M. Rice*  
Melissa M. Rice  
Senior Claims Specialist

**EXHIBIT A-9**