UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 18-61513-CIV-MARTINEZ-SNOW

WESTCHESTER FIRE INSURANCE
COMPANY,

    Plaintiff,

vs.

DYAN RUEL MILES and PIONEER
CONSTRUCTION MANAGEMENT
SERVICES, INC.,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS

THIS CAUSE came before the Court on Plaintiff's Motion for Default Final Judgment, [ECF No. 16]. A Clerk's Default has been entered against Defendants, [ECF No. 13], for failure to answer or otherwise respond to Plaintiff's Complaint. This Court entered an Order on Default Final Judgment Procedure, requiring Defendants to properly respond to Plaintiff's Complaint and/or move to set aside the Clerk's Default by a date certain, [ECF No. 14]. To date, neither Defendant has complied with either instruction. Moreover, Plaintiff has filed a certification on the record reflecting that copies of the Clerk's Default and Plaintiff's motion for default final judgment were sent to Defendants, [ECF Nos. 15 and 17]. Further, Plaintiff has filed Affidavits in support of its motion for default final judgment, [ECF Nos. 16-1 and 16-3].

This action arises out of Defendants' default on Bonds issued by Plaintiff and an indemnification agreement between the parties. A court may enter a default judgment only if the factual allegations of the complaint provide a sufficient legal basis for entry of a default judgment. *Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975).

- 2 -

The Court has reviewed the allegations of the Complaint, [ECF No. 1], and the Affidavits submitted by Plaintiff in support of its motion for default final judgment, [ECF Nos. 16-1 and 16-3]. After considering the motion for default final judgment and accompanying Affidavits, the record and being otherwise fully advised in the premises, the Court finds a sufficient legal basis for entry of default final judgment against Defendants.

Accordingly, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's Motion for Default Final Judgment, [ECF No. 16], is **GRANTED, as set forth herein**.

2. Final default judgment is **ENTERED** in favor of Plaintiff WESTCHESTER FIRE INSURANCE COMPANY and against Defendants DYAN RUEL MILES and PIONEER CONSTRUCTION MANAGEMENT SERVICES, INC., jointly and severally, as follows.

(a) Defendants DYAN RUEL MILES and PIONEER CONSTRUCTION MANAGEMENT SERVICES, INC. shall post collateral, jointly and severally, with Plaintiff WESTCHESTER FIRE INSURANCE COMPANY, **in the amount of $105,726.89**, representing $63,895.89 in loss exposure for Daikin Applied America's Inc. Hollywood Library Project Bond 7945 and $41,831.00 in loss exposure for Koldaire Broward County Emergency Ops. Ctr. Bond 7945, within **thirty (30) days** of entry of this Order.

(b) Plaintiff WESTCHESTER FIRE INSURANCE COMPANY shall have and recover from Defendants DYAN RUEL MILES and PIONEER CONSTRUCTION MANAGEMENT SERVICES, INC., jointly and severally, **the amount of $164,514.09**, representing $81,582.00 in claims losses for Johnson Controls Tree Tops Project Bond 7945, $32,504.50 in claim losses for Johnson Controls Judicial Tower Project Bond 7945, $17,736.07

in claim losses for Trane Peskoe Project Bond 3974, and $32,691.52 in claim losses for Marmich Peskoe Project Bond 3974. Interest shall accrue thereon at the legal rate as provided by law from the date of this Order, for which sum let execution issue.

3. The Court **RESERVES JURISDICTION** to determine the amount of prejudgment interest and attorneys' fees and costs to which Plaintiff is entitled. Counsel for Plaintiff is directed to file a motion for attorney's fees and costs, *with supporting documentation and time records*, as well as a motion to determine the amount of prejudgment interest, on or before **14 days** from the date of this Order.

4. This case remains **CLOSED**, and all pending motions are **DENIED AS MOOT**.

5. It is **Plaintiff's responsibility** to immediately provide a copy of this judgment to Defendants and to file a certification on the record.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of August, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record