Department of Defense Manpower Data Center

Results as of : Aug-29-2018 03:12:11 PM

SCRA 4.6



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | Redacted |
| Birth Date: | Redacted |
| Last Name: | MILES |
| First Name: | DYAN |
| Middle Name: | R |
| Status As Of: | Aug-29-2018 |
| Certificate ID: | 93BZJMDGFRY92KT |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  9395

5

Payment Received: $91.50
Credit Card: MC XXXX-XXXX-XXXX-5816

## Accurate Serve of Plantation

151 North Nob Hill Road #254  
Plantation, FL  33324  
Phone: 954-770-9997    Fax: --  
30-0888080

**ALL INVOICES**

| **Client Info:** | **Statement Info:** |
|---|---|
| Jonathan P. Cohen P.A.<br>Tammy Kalasz<br>500 East Broward Blvd 1710<br>Fort Lauderdale, Florida  33394 | Print Date: 8/9/2018<br>Client ID: 1581 |

**Case # 0:18-cv-61513**    Court Name: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA    Division:

Plaintiff:  
WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation,  
 -versus-  
Defendant:  
PIONEER CONSTRUCTION MANAGEMENT SERVICES, INC., a Florida corporation, and DYAN RUEL MILES, an individual,

### - Serve To: Dylan Ruel Miles                                                           Job # 2018003653

| Service Details: | Date: | Time: | Location of Service |
|---|---|---|---|
| Actual Person Served: YASMIN MILES | 8/1/2018 | 10:50 AM | 3711 SW 47th Ave #203<br>Hollywood, FL 33314 |

Relation: WIFE  
Manner of Service: SUBSTITUTE SERVICE:

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | **Routine Service (Broward)** | **$35.00** | **$35.00** |
| 1 | **Additional Address (BROWARD) - 5713 Hollywood Blvd. Davie, Florida  33314** | **$35.00** | **$35.00** |
| | | Sub Total | $70.00 |
| | | Amount Paid to Date | $0.00 |
| | | **TOTAL** | **$70.00** |

### - Serve To: PIONEER CONSTRUCTION MANAGEMENT SERVICES, INC…                                 Job # 2018003718

| Service Details: | Date: | Time: | Location of Service |
|---|---|---|---|
| Actual Person Served: YASMIN MILES | 8/1/2018 | 10:50 AM | 3711 SW 47th Ave #203<br>Hollywood, FL 33314 |

Relation: AUTHORIZED TO ACCEPT  
Manner of Service: CORPORATE

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | **Routine Service (Broward)** | **$35.00** | **$35.00** |
| | | Sub Total | $35.00 |
| | | Amount Paid to Date | $0.00 |
| | | **TOTAL** | **$35.00** |

**Grand total:   $105.00**

Thank you for choosing AccurateServe of Plantation - Miami - Palm Beach where perfection is the process.

Payment is due upon receipt of invoice and/or within 30 days. Payment may be sent in the form of check and/or money order to the above noted address. Credit card payments are accepted online at www.ACCURATESERVEPLANTATION.com/payment.

For questions and concerns, you may reach our office at 954-770-9997, Monday thru Friday 9am – 5pm.

**A subsequent $5 fee will be added once the invoice is 60 days overdue. A fee will be added each additional 30 days the invoice ages past due until the invoice is paid in full.

Thank you for your cooperation and supporting local small businesses.

**Subject:** ACCURATE SERVE PLANTATION RECEIPT THANK YOU! Customer Receipt
**Date:** Friday, August 10, 2018 at 3:40:00 PM Eastern Daylight Time
**From:** JOSH@ACCURATESERVEPLANTATION.COM
**To:** Paralegal@jcohenpa.com

==Your credit card payment has been received by ACCURATE SERVE OF PLANTATION. Below is your receipt of payment.==

Transaction Details
-----------------------
Date:       08/10/18 12:39:59
Merchant:   ACCURATE SERVE OF PLANTATION
Type:       Credit Card Sale
Invoice #:  201800365
Amount:     105.00
Description: Payment for Service of Pioneer Complaint
Card Holder: Jonathan Cohen
Card Number: xxxxxxxxxxxxx5816


v8.2-ue-g-c