UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61513-JEM

WESTCHESTER FIRE INSURANCE COMPANY,
a Pennsylvania corporation,

       Plaintiff,

v.

PIONEER CONSTRUCTION MANAGEMENT SERVICES, INC., a Florida corporation and DYAN RUEL MILES, an individual,

       Defendants.
_____/

### AFFIDAVIT OF JONATHAN P. COHEN, ESQ. IN VERIFICATION OF WESTCHESTER'S BILL OF COSTS PURSUANT TO 28 U.S.C. §1924

STATE OF FLORIDA     )
                                   )
COUNTY OF BROWARD   )

      I, JONATHAN P. COHEN, ESQ., being duly sworn according to law, depose and say:

      1.     I am over the age of eighteen and I have personal knowledge of the matters contained in this affidavit.

      2.     Westchester has necessarily incurred costs and fees for services that were actually and necessarily performed as follows:

| | |
|---|---|
| ▪ Clerk's Filing Fee (*Receipt No. 113C-10789488*) | $403.50 |
| ▪ Service of Complaint and Summons | $105.00 |
| ▪ <u>Non-Military Affidavit Status/Affidavit</u> | <u>$ 91.40</u> |
|    TOTAL | $599.90 |

      3.     Attached to the affidavit as Exhibit "A" and "B" are proof of payment for service of process and the non-military status search and affidavit, respectively.

FURTHER AFFIANT SAYETH NAUGHT.

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

_____
Jonathan P. Cohen, Esq.

STATE OF FLORIDA
COUNTY OF __Broward__

Sworn to and subscribed before me on this 28th day of August, 2019, by Jonathan P. Cohen, who is ___ personal known to me OR ✓ who produced identification (__FL Drivers License__).

(Seal)

Jordan Jones
State of Florida
My Commission Expires 04/16/2022
Commission No. GG 208025

_____
Signature of Notary Public
Notary Name: __Jordan Jones__

Jordan Jones
State of Florida
My Commission Expires 04/16/2022
Commission No. GG 206025