# Time List - 08/23/2019, 11:33:19 am

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| 08/05/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L120 | Telephone conference with US Fire's counsel regarding a joint settlement offer to Koldaire | Not Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 07/23/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review agreed order granting on Koldaire, Inc's motion to consolidate | Not Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 07/23/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L160 | Prepare communication to Mr. Popeil weighing whether to litigate further or settle ███████ ██████ | Not Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 07/22/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L250 | Communicate approval of the proposed motion to consolidate to opposing counsel | Invoiced | Std | 0.10 | 0.10 | $285.00 | $28.50 |
| 07/22/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L250 | Receipt and review of co-defendant's approval of motion to consolidate | Invoiced | Std | 0.10 | 0.10 | $285.00 | $28.50 |
| 07/22/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L250 | Receipt and review of proposed motion to consolidate | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 07/08/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L120 | Telephone conference with Jordan Nadel of Broward County to discuss open projects, contract balances and competing interests | Invoiced | Std | 0.60 | 0.60 | $285.00 | $171.00 |
| 07/08/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L250 | Prepare communication to US Fire's attorney regarding the Koldaire motion to consolidate | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 07/08/2019 | Jonathan Cohen | KY18K2448578-A | A108 / L110 | Prepare communication to Gladys Keith regarding the contract renewal with Broward County for purpose of determining liability under the bond | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L250 | Prepare communication to Attorney Kravitz informing of agreement to the motion to consolidate | Invoiced | Std | 0.10 | 0.10 | $285.00 | $28.50 |
| 07/08/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L250 | Receipt and review of communication from US Fire's counsel regarding motion to consolidate and resolving the case | Invoiced | Std | 0.10 | 0.10 | $285.00 | $28.50 |
| 07/01/2019 | Lisa Rivera | KY18K2448578-A | A111 / L120 | Preparation for phone call with Pioneer's bonding agent to determine outline of questions/information to be discussed to gather appropriate information to defend claims against Koldaire | Not Invoiced | Std | 0.30 | 0.30 | $260.00 | $78.00 |
| 07/01/2019 | Lisa Rivera | KY18K2448578-A | A111 / L120 | Strategy conference following phone conference with Pioneer bonding agent to discuss next best steps to better support Koldaire's defenses | Not Invoiced | Std | 0.40 | 0.40 | $260.00 | $104.00 |
| 07/01/2019 | Lisa Rivera | KY18K2448578-A | A111 / L110 | Phone conference with Pioneer's bonding agent to gather the circumstances and facts around the re-issuance of the bond to Pioneer to better determine defenses available to Koldaire | Not Invoiced | Std | 0.50 | 0.50 | $260.00 | $130.00 |
| 07/01/2019 | Jonathan Cohen | KY18K2448578-A | A108 / L110 | Telephone conference with Gladys Keith regarding the issuance of the Westchester and US Fire bonds to answer the question of liability | Invoiced | Std | 0.60 | 0.60 | $285.00 | $171.00 |
| 07/01/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L120 | Telephone conference with Koldaire's counsel regarding resolution of the case | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 07/01/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's notice of hearing motion to co | Not Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | regarding motion to consolidate | | | | | | |
| 07/01/2019 | Jonathan Cohen | KY18K2448578-A | A108 / L110 | Receipt and review of communication from Gladys Knight regarding her contact person at Westchester relating to issuance of the bonds | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 07/01/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L250 | Receipt and review of communication from Koldaire's counsel regarding whether we agree to the motion to consolidate | Invoiced | Std | 0.10 | 0.10 | $285.00 | $28.50 |
| 07/01/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L450 | Exchange communications with United States Fire's attorney regarding the Koldaire motion to consolidate | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 06/30/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L120 | Telephone conference with codefendant counsel guarding the case resolution of the case | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 06/27/2019 | Lisa Rivera | KY18K2448578-A | A111 / L110 | Research for name and contact information of Pioneer's bonding agent (Gladys Keith) and contact same regarding her willingness to arrange a conference call with the office to discuss the circumstances and facts surrounding the bonding of Pioneer with the Broward County project | Not Invoiced | Std | 0.60 | 0.60 | $260.00 | $156.00 |
| 06/25/2019 | Lisa Rivera | KY18K2448578-A | A111 / L390 | Review email threads pulled from responsive discovery production to gather better understanding of remaining discovery documents and how to best sort through same | Not Invoiced | Std | 0.40 | 0.40 | $260.00 | $104.00 |
| 06/20/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L120 | Prepare communication | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| | | | | to Mr. Popeil regarding need to research tax lien priority over a surety's interest | | | | | | |
| 06/18/2019 | Tammy Kalasz | KY18K2448578-A | A103 / L190 | Draft detailed communications to Broward County Attorney Keoki Baron detailing the additional search parameters for their IT department to located documents requested in the subpoena for documents | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |
| 06/18/2019 | Tammy Kalasz | KY18K2448578-A | A108 / L110 | Teleconference with Broward County Attorney Keoki Baron and Paralegal Michael Burke regarding the deficiencies in the responsive documents with regards to information pertaining to US Fire Insurance Bond | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |
| 06/17/2019 | Lisa Rivera | KY18K2448578-A | A111 / L390 | Review Broward County's response to subpoena regarding withheld documents based on claim of exemption to ensure none of the relevant documents excluded are what is need to prove date of bonding | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 06/14/2019 | Lisa Rivera | KY18K2448578-A | A111 / L390 | Search through document production from Broward County to identify and locate communications regarding the issuance of the Westchester bond to further tailor down which surety is responsible for the bond claim | Invoiced | Std | 1.60 | 1.60 | $260.00 | $416.00 |
| 06/10/2019 | Lisa Rivera | KY18K2448578-A | A111 / L390 | Communications with process server regarding status of service and explanation of the service statutes authorizing | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | service on members of the commission in the mayor's absence in an attempt to expedite service of the subpoena | | | | | | |
| 06/05/2019 | Lisa Rivera | KY18K2448578-A | A111 / L190 | Receipt and review of correspondence from counsel from Concrete regarding closing out permits with the City and consequences of failing to do same and strategy discussion regarding how to best resolve given the fact that Pioneer does not have counsel | Invoiced | Std | 0.10 | 0.10 | $260.00 | $26.00 |
| 06/05/2019 | Lisa Rivera | KY18K2448578-A | A111 / L120 | Strategy conference regarding proposal made US Fire's counsel ███████████ | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 06/05/2019 | Lisa Rivera | KY18K2448578-A | A111 / L190 | Phone conference with counsel for US Fire Insurance regarding Concrete and Koldaire matters ███████████ | Invoiced | Std | 0.30 | 0.30 | $260.00 | $78.00 |
| 06/04/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L110 | Telephone conference with Jordon Nadel regarding Westchester's claim to the contract balance | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 06/03/2019 | Jonathan Cohen | KY18K2448578-A | A108 / L110 | Telephone conference with Yasmine Miles regarding Claudja Henry and the issuance of the | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | bond | | | | | | |
| 05/31/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L110 | Exchange communications with Broward County regarding remaining contract balances on the Hollywood Chiller project | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 05/21/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's motion to consolidate | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 05/20/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's notice of related cases | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 05/16/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L320 | Exchange communications with opposing counsel regarding difference over the surety's defense and setting a hearing | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 05/16/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L120 | Review contract and purchase order in preparing response to Koldaire counsel's inquiring about the Surety's defense of improper surety | Invoiced | Std | 0.50 | 0.50 | $285.00 | $142.50 |
| 05/16/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L110 | Receipt and review of communication from opposing counsel regarding the Surety's defense | Invoiced | Std | 0.10 | 0.10 | $285.00 | $28.50 |
| 05/15/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Prepare email to Koldaire, Inc's counsel and finalize added documents to supplemental responsive documents in response to request for production; provide bate stamp documents (AW-KOLD000273-AW-KOLD000297) | Invoiced | Std | 0.20 | 0.20 | $135.00 | $27.00 |
| 05/15/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Review additional documents to add to supplemental response to | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| | | | | Koldaire; organize and bate stamp documents AW-KOLD000273-297 | | | | | | |
| 05/15/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L320 | Review additional documents to be produced including consent of surety, notices to owner, the bond, and execution sheet | Invoiced | Std | 0.50 | 0.50 | $285.00 | $142.50 |
| 05/14/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Prepare email to Koldaire, Inc's counsel and finalize supplemental responsive documents in response to request for production; provide bate stamp documents (AW-KOLD113- AW-KOLD272) | Invoiced | Std | 0.50 | 0.50 | $135.00 | $67.50 |
| 05/14/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L320 | Review new documents for production to Koldaire and privilege log | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 05/13/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Review documents in supplemental response to request for production in preparation of privilege log draft, organize and bate stamp documents (AW-KOLD000113 - AW-KOLD000116 and AW-KOLD000273-AW-KOLD000297) | Invoiced | Std | 0.70 | 0.70 | $135.00 | $94.50 |
| 05/13/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Review, finalize Westchester Fire Insurance Co's supplemental response to request for production and submit to court | Invoiced | Std | 0.50 | 0.50 | $135.00 | $67.50 |
| 05/13/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L320 | Review document production to Koldaire in response to its requests for production | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 05/13/2019 | Jonathan Cohen | KY18K2448578-A | A103 / L310 | Further review and revision of responses to the requests to production to strengthen the privilege argument, poor project | Invoiced | Std | 0.60 | 0.60 | $285.00 | $171.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | description argument, and not likely to lead to admissible evidence argument | | | | | | |
| 05/13/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L320 | Review common interest doctrine in the revision process of the responses to requests for documents | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 05/13/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L320 | Identify 14 emails and documents to either produce to Koldaire or place on a privilege log | Invoiced | Std | 0.80 | 0.80 | $285.00 | $228.00 |
| 05/13/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L320 | Prepare communication to Mr. Popeil regarding revised objections to Koldaire's discovery requests with a focus on the underwriting file | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 05/13/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L320 | Review trade secret statute in preparation of objection to the production of the underwriting file | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 05/13/2019 | Jonathan Cohen | KY18K2448578-A | A103 / L320 | Review Mr. Popeil's communication with four attachments relating to document production to Koldaire | Invoiced | Std | 0.80 | 0.80 | $285.00 | $228.00 |
| 05/12/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L320 | Telephone conference with Mr. Popeil regarding supplementing discovery to Koldaire | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 05/12/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L320 | Exchange communications with Mr. Popiel regarding the revised objections and responses to the requests for production | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 05/10/2019 | Jonathan Cohen | KY18K2448578-A | A103 / L310 | Further review and revision of the responses and objections to Koldaire's requests for production | Invoiced | Std | 1.20 | 1.20 | $285.00 | $342.00 |
| 05/10/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L320 | Exchange | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | communications with opposing counsel regarding documents produced in response to RFPs | | | | | | |
| 05/09/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L120 | Telephone conference with Mr. Popeil to discuss Koldaire's motion to compel | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 05/08/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L120 | Receipt and review of Koldaire document production in response to requests for production | Invoiced | Std | 0.80 | 0.80 | $285.00 | $228.00 |
| 05/08/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L310 | Further review and revision of the responses to the requests for production focusing on the inadequate description of project and the extreme overbreadth of every request (23) | Invoiced | Std | 1.20 | 1.20 | $285.00 | $342.00 |
| 05/08/2019 | Jonathan Cohen | KY18K2448578-A | A103 / L310 | Revise discovery responses to satisfy plaintiff's objections | Invoiced | Std | 1.70 | 1.70 | $285.00 | $484.50 |
| 05/03/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L350 | Evaluate whether to file amended discovery responses or respond to the motion to compel | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 05/03/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L110 | Determine the relationship between the Hollywood Chiller and Broward County Emergency Control Center project for purpose of determining appropriateness of Koldaire's discovery requests | Invoiced | Std | 0.50 | 0.50 | $285.00 | $142.50 |
| 05/03/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L120 | Telephone conference with Broward County attorneys office regarding time to respond on the subpoena | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 05/01/2019 | Jonathan Cohen | KY18K2448578-A | A107 / L350 | Exchange communications with | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|--------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| | | | | counsel regarding the Koldaire motion to compel and overcome objections | | | | | | |
| 05/01/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L390 | Exchange communications with counsel regarding the Broward County subpoena re-service | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 04/30/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire's motion to compel | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 04/29/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L120 | Determine whether a motion to compel will be necessary to obtain any missing Koldaire document | Invoiced | Std | 0.50 | 0.50 | $285.00 | $142.50 |
| 04/28/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L320 | Review responses to interrogatories and requests for production to identify documents that should be in the production and parties to subpoena | Invoiced | Std | 0.90 | 0.90 | $285.00 | $256.50 |
| 04/23/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Edit and finalize amended subpoena duces tecum to Mayor Mark D Bogen, District 2 | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |
| 04/23/2019 | Jonathan Cohen | KY18K2448578-A | A103 / L310 | Review the Broward County subpoena for compliance after it was non-served | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 04/22/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L120 | Prepare communication to Mr. Popeil regarding resolving document production issues | Invoiced | Std | 0.10 | 0.10 | $285.00 | $28.50 |
| 04/19/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L120 | Telephone conference with Mr. Popeil to discuss ███████████ | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 04/15/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L390 | Review rules relating to service on a county in preparation of re-serving subpoena for records on Broward County | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| 03/12/2019 | Beatriz Carta | KY18K2448578-A | A108 / L110 | Telephone conference with City of Hollywood Engineer in charge of contract regarding status of funds related to Pioneer | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 03/12/2019 | Beatriz Carta | KY18K2448578-A | A111 / L110 | Finalize letter to the City of Hollywood requesting that they hold contract funds related to Pioneer | Invoiced | Std | 0.10 | 0.10 | $260.00 | $26.00 |
| 03/11/2019 | Beatriz Carta | KY18K2448578-A | A103 / L110 | Draft letter to City of Hollywood requesting that it hold funds for the benefit of surety pursuant to the indemnity agreement | Invoiced | Std | 0.80 | 0.80 | $260.00 | $208.00 |
| 02/25/2019 | Jonathan Cohen | KY18K2448578-A | A111 / L120 | Prepare communication to Mr. Popeil updating him on the outcome of the motion to strike Plaintiff's motion to strike affirmative defenses | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 02/19/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Create index of Kolaire documents produced in response to Westchester Fire Insurance Co's request for production and provide for attorney's review | Invoiced | Std | 0.80 | 0.80 | $125.00 | $100.00 |
| 02/14/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Review and finalize Westchester Fire Insurance Co's response to Koldaire, Inc's first request to production by insertion of signature block and certificate of service and submit to court | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |
| 02/14/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Receive and review email from judicial assistant to Judge Michael A Robinson, Mairale Dyson regarding courtesy copies of Westchester Fire Insurance Co's motion to | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | strike Koldaire Inc's affirmative defenses to be heard on 2/20/2019 | | | | | | |
| 02/14/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review status from process server regarding service on Broward County Commission | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 02/13/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Draft and finalize Westchester Fire Insurance Co's amended notice of motion hearing correcting time of hearing and submit to court | Invoiced | Std | 0.10 | 0.10 | $125.00 | $12.50 |
| 02/13/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review documents in response to request for production (66 docs) | Invoiced | Std | 0.20 | 0.20 | $125.00 | $25.00 |
| 02/07/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review email from process server regarding  the refusal of service on Broward County Commission and advised second request to attempt at an alternate division of Broward County Emergency Operation Center, records custodian | Invoiced | Std | 0.20 | 0.20 | $135.00 | $27.00 |
| 02/07/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's request for copies of Westchester Fire Insurance Co's subooena duces tecum of non-party to Broward County | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 02/07/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Draft Westchester Fire Insurance Co's notice of hearing on motion to strike Koldaire Inc's for 2/20/2019 and submit to court | Invoiced | Std | 0.10 | 0.10 | $125.00 | $12.50 |
| 02/06/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's notice of hearing on their motion | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| | | | | for leave to seek striking affirmative defenses (out of time) scheduled for 2/20/2019 | | | | | | |
| 02/06/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Broward court's on-line confirmation of hearing for Westchester Fire Insurance Co's motion to strike Koldaire, Inc's affirmative defenses for 2/20/2019 | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 02/05/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L310 | Telephone conference with Mr. Popeil regarding the proposed responses to the written discovery | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 02/05/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L310 | Prepare communication to Mr. Popeil regarding the proposed responses to requests for production | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 02/05/2019 | Jonathan Cohen | KY18K2448578-A | A106 / L110 | Prepare communication to Mr. Popeil regarding update with the Daikin claim and request for Broward County documents as part of the Koldaire litigation | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 02/05/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L210 | Review strategy in responding to Plaintiff's motion for leave to strike affirmative defenses | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 02/05/2019 | Beatriz Carta | KY18K2448578-A | A104 / L120 | Review Court's order regarding severance of co-defendant USFIC and Concrete works voluntary dismissal | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 02/04/2019 | Tammy Kalasz | KY18K2448578-A | A101 / L140 | Review court documents and confirm no objections filed, process subpoena to non-party, Broward County for service | Invoiced | Std | 0.50 | 0.50 | $135.00 | $67.50 |
| 02/04/2019 | Jonathan Cohen | KY18K2448578-A | A103 / L310 | Review and revise responses to the Koldaire written requests for | Invoiced | Std | 0.50 | 0.50 | $285.00 | $142.50 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | production | | | | | | |
| 01/28/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Review and finalize Westchester Fire Insurance Co's motion to strike Koldaire's motion to strike affirmative defenses by insertion of signature block and certificate of service and submit to court | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |
| 01/28/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L250 | Review and revise Westchester's motion to strike Koldaire's motion to strike Westchester's affirmative defenses | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 01/28/2019 | Beatriz Carta | KY18K2448578-A | A108 / L110 | Telephone conference with Mr. Belony, trial counsel for Pioneer (previously) to confirm continued representation and status of the contracts with Broward County | Invoiced | Std | 0.30 | 0.30 | $260.00 | $78.00 |
| 01/25/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Draft Westchester Fire Insurance Co's notice of intent to serve subpoena to Broward Cournty | Invoiced | Std | 0.30 | 0.30 | $125.00 | $37.50 |
| 01/25/2019 | Beatriz Carta | KY18K2448578-A | A103 / L120 | Research law regarding proper method to attack a motion to strike plaintiff's motion to strike Westchester's affirmative defenses (reviewed 7 cases) | Invoiced | Std | 1.30 | 1.30 | $260.00 | $338.00 |
| 01/25/2019 | Beatriz Carta | KY18K2448578-A | A103 / L110 | Revise subpoena duces tecum without a deposition to Broward county to obtain records to determine effective date of bond and whether it was in effect at the time of the claim | Invoiced | Std | 0.70 | 0.70 | $260.00 | $182.00 |
| 01/25/2019 | Beatriz Carta | KY18K2448578-A | A103 / L110 | Draft email with attachments to Erigene regarding his | Invoiced | Std | 0.50 | 0.50 | $260.00 | $130.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | representation of the parties to determine whether we need to reach out to indemnitors directly | | | | | | |
| 01/23/2019 | Jonathan Cohen | KY18K2448578-A | A103 / L310 | Review and revise subpoena to Broward County for documents relating to the project and bonds | Invoiced | Std | 0.70 | 0.70 | $285.00 | $199.50 |
| 01/23/2019 | Beatriz Carta | KY18K2448578-A | A108 / L110 | Finalize claim letter, draft email and send to Concrete Works counsel | Invoiced | Std | 0.80 | 0.80 | $260.00 | $208.00 |
| 01/15/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's notice of serving first request for production | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 01/15/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's motion to strike | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 01/11/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L310 | Develop strategy for reviewing Koldaire's recently received discovery and plans for motions to compel, if necessary | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 01/10/2019 | Jonathan Cohen | KY18K2448578-A | A102 / L120 | Evaluate the limitations of enforcing document production under the public records act in order to obtain the documents we need to properly evaluate the claims being made | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 01/10/2019 | Jonathan Cohen | KY18K2448578-A | A104 / L120 | Consider issuing a subpoena to obtain documents not produced under the public records request in order to obtain the documents we need to properly evaluate the Koldaire claims | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 01/08/2019 | Tammy  Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's certificate to court of verified | Invoiced | Std | 0.10 | 0.10 | $125.00 | $12.50 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | answers to interrogatories | | | | | | |
| 01/08/2019 | Tammy Kalasz | KY18K2448578-A | A104 / L140 | Receive and review Koldaire, Inc's certificate to court of verified answers to interrogatories | Invoiced | Std | 0.10 | 0.10 | $125.00 | $12.50 |
| 12/31/2018 | Jonathan Cohen | KY18K2448578-A | A111 / L120 | Review whether Broward County fulfilled both public record requests | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 12/19/2018 | Beatriz Carta | KY18K2448578-A | A103 / L240 | Draft notice to court of ninety days expiring on Westchester motion for final default judgment | Invoiced | Std | 0.90 | 0.90 | $260.00 | $234.00 |
| 12/17/2018 | Jonathan Cohen | KY18K2448578-A | A101 / L310 | Formulate strategy for obtaining the missing Broward County documents through the public records act and by issuance of a subpoena | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 12/08/2018 | Tammy Kalasz | KY18K2448578-A | A111 / L140 | Receive and review Koldaire's response to Westchester Fire Insurance Co's request to produce | Invoiced | Std | 0.10 | 0.10 | $125.00 | $12.50 |
| 12/05/2018 | Beatriz Carta | KY18K2448578-A | A103 / L150 | Continue to draft budget, and finalize | Invoiced | Std | 1.10 | 1.10 | $260.00 | $286.00 |
| 12/04/2018 | Beatriz Carta | KY18K2448578-A | A103 / L150 | Prepare budget | Invoiced | Std | 1.50 | 1.50 | $260.00 | $390.00 |
| 11/30/2018 | Jonathan Cohen | KY18K2448578-A | A106 / L120 | Provide Mr. Popeil a case update on the status of the motion for default judgment and filing of a supplemental affidavit in support of pre-judgment interest | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 11/15/2018 | Beatriz Carta | KY18K2448578-A | A107 / L120 | Telephone call to Defendant's attorney Erigene Belony to follow up on prior emails from Jonathan Cohen regarding pending cases, and draft email to same regarding scheduling a time to discuss the pending cases and whether he is still representing Pioneer | Invoiced | Std | 0.40 | 0.40 | $260.00 | $104.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| 11/12/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L310 | Develop strategy for obtaining missing documents from Broward County | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 11/08/2018 | Jonathan Cohen | KY18K2448578-A | A103 / L310 | Review and revise interrogatories to Koldaire | Invoiced | Std | 0.70 | 0.70 | $285.00 | $199.50 |
| 11/08/2018 | Jonathan Cohen | KY18K2448578-A | A103 / L310 | Review and revise requests for production to Koldaire | Invoiced | Std | 0.80 | 0.80 | $285.00 | $228.00 |
| 10/25/2018 | Jonathan Cohen | KY18K2448578-A | A101 / L310 | Evaluate need for drafting statement of the case, factual issues list, legal issues list, exhibit list, witness list, chronology, and supplemented budget following filing of the answer | Invoiced | Std | 0.50 | 0.50 | $285.00 | $142.50 |
| 10/25/2018 | Beatriz Carta | KY18K2448578-A | A103 / L310 | Draft interrogatories to Koldaire | Invoiced | Std | 1.30 | 1.30 | $260.00 | $338.00 |
| 10/25/2018 | Beatriz Carta | KY18K2448578-A | A103 / L310 | Draft requests for production to Koldaire | Invoiced | Std | 1.50 | 1.50 | $260.00 | $390.00 |
| 10/23/2018 | Beatriz Carta | KY18K2448578-A | A104 / L120 | Review draft answer to make sure it comports with the fact that the client does not have a signed copy of the subcontract agreement | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 10/22/2018 | Jonathan Cohen | KY18K2448578-A | A106 / L210 | Exchange communications with Mr. Popeil regarding the answer and affirmative defenses | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 10/22/2018 | Tammy Kalasz | KY18K2448578-A | A104 / L210 | Review and finalize Westchester's answer and affirmative defenses by insertion of certificate of service and signature block | Invoiced | Std | 0.20 | 0.20 | $135.00 | $27.00 |
| 10/22/2018 | Jonathan Cohen | KY18K2448578-A | A103 / L210 | Review and revise answer and affirmative defenses | Invoiced | Std | 0.50 | 0.50 | $285.00 | $142.50 |
| 10/22/2018 | Beatriz Carta | KY18K2448578-A | A103 / L210 | Draft answer and affirmative defenses on behalf of Westchester for | Invoiced | Std | 1.00 | 1.00 | $260.00 | $260.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| | | | | filing | | | | | | |
| 10/22/2018 | Beatriz Carta | KY18K2448578-A | A108 / L160 | Draft email to principal's counsel regarding scheduling a settlement telephone conference | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 10/22/2018 | Beatriz Carta | KY18K2448578-A | A104 / L410 | Review documents in the file to determine which witnesses should be listed on exhibit lists to prepare the case for trial | Invoiced | Std | 0.90 | 0.90 | $260.00 | $234.00 |
| 10/22/2018 | Beatriz Carta | KY18K2448578-A | A104 / L120 | Analyze pleadings in the file, documents produced to date, to determine outstanding issues, and create a litigation plan for the matter | Invoiced | Std | 2.20 | 2.20 | $260.00 | $572.00 |
| 10/12/2018 | Tammy  Kalasz | KY18K2448578-A | A104 / L190 | Receive and review agreed order on defendant's motion to dismiss and/or motion for more definite statement | Invoiced | Std | 0.20 | 0.20 | $135.00 | $27.00 |
| 10/11/2018 | Lisa Rivera | KY18K2448578-A | A104 / L120 | Strategize on proceeding with the motion to dismiss or just filing an agreed order on same and seeking an extended response deadline to further investigate whether client is the properly named surety | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 10/09/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L210 | Explore whether we should proceed with the motion to dismiss or agree to respond based on strength of our position | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 10/08/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L120 | Review strategy for the motion to dismiss hearing including whether an agreed order will be possible | Invoiced | Std | 0.70 | 0.70 | $285.00 | $199.50 |
| 10/08/2018 | Lisa Rivera | KY18K2448578-A | A103 / L250 | Draft proposed order on motion to dismiss and/or motion for more definite statement to submit to | Invoiced | Std | 0.30 | 0.30 | $260.00 | $78.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | the Judge pre-hearing as required | | | | | | |
| 10/08/2018 | Lisa Rivera | KY18K2448578-A | A107 / L190 | Phone call to opposing counsel to ensure they mailed all required pre-hearing documents to chambers in a timely fashion | Invoiced | Std | 0.10 | 0.10 | $260.00 | $26.00 |
| 10/02/2018 | Lisa Rivera | KY18K2448578-A | A104 / L190 | Follow-up on status of public records documents request to adequately prepare for motion to dismiss hearing | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 09/18/2018 | Lisa Rivera | KY18K2448578-A | A107 / L240 | Coordinate hearing dates with opposing counsel on motion to dismiss and/or motion for more definite statement | Invoiced | Std | 0.10 | 0.10 | $260.00 | $26.00 |
| 09/14/2018 | Jonathan Cohen | KY18K2448578-A | A106 / L240 | Prepare communication to Mr. Popeil explaining basis for the motion to dismiss | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 09/14/2018 | Lisa Rivera | KY18K2448578-A | A103 / L240 | Finalize motion to dismiss per Jonathan's suggestions to send to client for final review prior to filing | Invoiced | Std | 0.30 | 0.30 | $260.00 | $78.00 |
| 09/14/2018 | Jonathan Cohen | KY18K2448578-A | A106 / L240 | Receipt and review of communication from Mr. Popeil approving the filing of the motion to dismiss | Invoiced | Std | 0.10 | 0.10 | $285.00 | $28.50 |
| 09/14/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L250 | Review and revise motion to dismiss argument regarding failure to attach pertinent documents | Invoiced | Std | 0.50 | 0.50 | $285.00 | $142.50 |
| 09/12/2018 | Lisa Rivera | KY18K2448578-A | A103 / L120 | Review motion to dismiss as drafted to determine strategy with respect to still outstanding public records requests | Invoiced | Std | 0.40 | 0.40 | $260.00 | $104.00 |
| 09/05/2018 | Beatriz Carta | KY18K2448578-A | A103 / L320 | Review and finalize Public Records letters to send out to obtain additional information related to the | Invoiced | Std | 0.25 | 0.30 | $260.00 | $78.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
| | | | | Hollywood Library Project and the EMS Center project to determine whether bond was in effect at the time the claims were filed | | | | | | |
| 09/03/2018 | Tammy Kalasz | KY18K2448578-A | A104 / L190 | Receive and review executed agreed order on Westchester's motion for extension of time to respond to the complaint | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 08/31/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L210 | Evaluate whether the Koldaire bond belongs under the US Fire Insurance Bond and not Westchester | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 08/31/2018 | Jonathan Cohen | KY18K2448578-A | A106 / L210 | Prepare communication to Mr. Popeil updating him on the decision to seek an extension to file a response to Koldaire's complaint and the reasoning | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 08/31/2018 | Lisa Rivera | KY18K2448578-A | A103 / L430 | Draft agreed order for review by Koldaire's counsel and make requested edits to response deadline | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 08/31/2018 | Tammy Kalasz | KY18K2448578-A | A103 / L190 | Draft within the Broward CMC system division 13 for Judge Robinson, the online agreed order for extension of time to respond to the complaint | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |
| 08/31/2018 | Tammy Kalasz | KY18K2448578-A | A103 / L190 | Finalize Westchester's motion for enlargement of time to respond to the complaint by insertion of signature block and certificate of service and submit to the court | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |
| 08/31/2018 | Lisa Rivera | KY18K2448578-A | A107 / L190 | Phone call and follow-up email to counsel for Koldaire to request agreement on the motion | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | for enlargement of time | | | | | | |
| 08/31/2018 | Lisa Rivera | KY18K2448578-A | A103 / L430 | Draft motion for enlargement of time to respond to complaint to further research whether bond is applicable to the claim | Invoiced | Std | 0.10 | 0.10 | $260.00 | $26.00 |
| 08/31/2018 | Jonathan Cohen | KY18K2448578-A | A103 / L240 | Review and revise the grounds for the motion to dismiss | Invoiced | Std | 0.80 | 0.80 | $285.00 | $228.00 |
| 08/29/2018 | Lisa Rivera | KY18K2448578-A | A102 / L190 | Research relevant rules of procedure, florida statutes and case law on requirement of attaching documents to payment bond claim in support of motion to dismiss and/or motion for more definitive statement | Invoiced | Std | 0.50 | 0.50 | $260.00 | $130.00 |
| 08/29/2018 | Lisa Rivera | KY18K2448578-A | A103 / L240 | Draft motion to dismiss and/or motion for more definitive statement based on failure to attach invoicing and/or accounting records | Invoiced | Std | 0.80 | 0.80 | $260.00 | $208.00 |
| 08/29/2018 | Lisa Rivera | KY18K2448578-A | A104 / L190 | Review complaint for claim on payment bond and attachments thereto to determine the appropriate responsive pleading | Invoiced | Std | 1.10 | 1.10 | $260.00 | $286.00 |
| 08/29/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L120 | Evaluate whether to prepare a motion to dismiss the Koldaire complaint | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 08/29/2018 | Tammy  Kalasz | KY18K2448578-A | A103 / L110 | Prepare correspondence to Broward Public Records Department for second records request for communications speaking to the new bond for the Hollywood Library project | Invoiced | Std | 0.30 | 0.30 | $135.00 | $40.50 |
| 08/27/2018 | Beatriz Carta | KY18K2448578-A | A103 / L110 | Make edits to public records request to | Invoiced | Std | 0.25 | 0.30 | $260.00 | $78.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Broward County regarding additional documents related to Koldaire claim to determine whether the bond was in effect at the time the services were rendered | | | | | | |
| 08/25/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L120 | Identify missing documents from the first public records request to form basis for supplemental request | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 08/24/2018 | Tammy  Kalasz | KY18K2448578-A | A104 / L190 | Receive and review return of service on summons returned served | Invoiced | Std | 0.10 | 0.10 | $135.00 | $13.50 |
| 08/23/2018 | Jonathan Cohen | KY18K2448578-A | A103 / L120 | Review and revise the notes from the Claudja Henry (Broward County) telephone conference discussing the Hollywood Project for purpose of updating Mr. Popeil | Invoiced | Std | 0.40 | 0.40 | $285.00 | $114.00 |
| 08/22/2018 | Beatriz Carta | KY18K2448578-A | A108 / L110 | Conference with Mr. Ulloa from Broward county regarding public records request and contract amounts and draft memo to file | Invoiced | Std | 0.20 | 0.20 | $260.00 | $52.00 |
| 08/22/2018 | Beatriz Carta | KY18K2448578-A | A103 / L110 | Draft follow up Public Records request and review documents produced by the County to request missing documents | Invoiced | Std | 0.80 | 0.80 | $260.00 | $208.00 |
| 08/22/2018 | Beatriz Carta | KY18K2448578-A | A103 / L390 | Draft Public Records request for bond and contracts for Hollywood project and Koldaire documents | Invoiced | Std | 1.10 | 1.10 | $260.00 | $286.00 |
| 08/22/2018 | Beatriz Carta | KY18K2448578-A | A104 / L190 | Review documents in the file and include them in chronology and player chart | Invoiced | Std | 0.70 | 0.70 | $260.00 | $182.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/2018 | Beatriz Carta | KY18K2448578-A | A104 / L110 | Telephone conference with Freddy Ulloa at Broward county regarding Hollywood Library project and draft memorandum to file and to JPC | Invoiced | Std | 1.00 | 1.00 | $260.00 | $260.00 |
| 08/22/2018 | Beatriz Carta | KY18K2448578-A | A108 / L110 | Call Broward County to speak with Claudja Henry and obtain email and information to follow up with public records request as well as inquire about contract amounts and draft note to file | Invoiced | Std | 0.30 | 0.30 | $260.00 | $78.00 |
| 08/22/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L120 | Evaluate strategy on issuing second records request to Broward County for communications regarding to the new bond for the Hollywood Library project | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 08/21/2018 | Jonathan Cohen | KY18K2448578-A | A104 / L120 | Evaluate possibility that Hollywood Library project arose after the $1.5 million bond was exceeded | Invoiced | Std | 0.30 | 0.30 | $285.00 | $85.50 |
| 08/20/2018 | Tammy  Kalasz | KY18K2448578-A | A104 / L190 | Receive and review notice of appearance | Invoiced | Std | 0.20 | 0.20 | $135.00 | $27.00 |
| 08/20/2018 | Beatriz Carta | KY18K2448578-A | A104 / L210 | Review file to begin preparing response and Begin drafting chronology in Koldaire to prepare case for trial | Invoiced | Std | 1.20 | 1.20 | $260.00 | $312.00 |
| 08/15/2018 | Jonathan Cohen | KY18K2448578-A | A106 / L190 | Receive and review correspondence from Derek Popeil regarding new lawsuit and attached service package and complaint documents for review | Invoiced | Std | 0.20 | 0.20 | $285.00 | $57.00 |
| 08/15/2018 | Beatriz Carta | KY18K2448578-A | A104 / L110 | Begin review documents from provided by Pioneer regarding Daiken file - | Invoiced | Std | 0.70 | 0.70 | $260.00 | $182.00 |

| Date | User | Matter Number | Work Type | Description | Invoice Status | Entry Type | Actual | Billable | Rate | Total |
|------|------|---------------|-----------|-------------|----------------|------------|--------|----------|------|-------|
|      |      |               |           | emails to work up case for litigation and discovery and determine relevant issues in the case |  |  |  |  |  |  |
| Total |     |               |           |             |                |            | 73.6   | 73.7     |      | $18821.5 |