## EXHIBIT C

## PREJUDGMENT INTEREST CALCULATIONS FOR LOSSES INCURRED BY WESTCHESTER FIRE INSURANCE COMPANY

|  | A | B | C | D |  |
|---|---|---|---|---|---|
| Loss | Loss Amount | Date of Claim/Loss | No. of Days<br>B to 8/14/19 | Daily Interest<br>A x .000185479 | Total Interest<br>C x D |
| Koldaire matter | $41,831.00 | 9/14/2018 | 335 | 7.76 | 2,599.60 |
| Johnson Control Tree Tops | $81,582.00 | 3/27/2018 | 506 | 15.13 | 7,655.78 |
| Johnson Control Judicial Tower | $32,504.50 | 3/26/2018 | 507 | 6.03 | 3,057.21 |
| Trane Peskoe Project | $17,736.07 | 6/23/2017 | 783 | 3.29 | 2,576.07 |
| Marmich Peskoe Project | $32,961.52 | 6/22/2017 | 784 | 6.11 | 4,790.24 |
|  |  |  |  |  | **20,678.90** |