UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61513-CIV-MARTINEZ/SNOW

WESTCHESTER FIRE INSURANCE
COMPANY, a Pennsylvania corporation,

      Plaintiff,

v.

PIONEER CONSTRUCTION
MANAGEMENT SERVICES, INC., a Florida
corporation and DYAN RUEL MILES, an
individual,

      Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court upon the Plaintiff's Verified Motion for Award of Prejudgment Interest and Attorneys' Fees ("Motion") (DE 25).  The Court has considered the Motion, the pertinent portions of the record, and is fully advised in the premises. The Court notes that Defendants have not responded to the Motion. Upon review, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. On August 14, 2019, the Court granted Final Default Judgment against Defendants. (DE 22). Therein, the Court determined that Plaintiff was entitled to attorneys' fees and prejudgment interest.  Upon review of the supporting documentation submitted alongside the Motion, including affidavits and detailed timesheets, the Court finds that the hourly rates charged by counsel and firm staff, as well as the amount of time billed, are fair and reasonable. *See Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988) (discussing criteria for fees award and stating that "the starting point in any determination for an objective estimate of the value of a lawyer's services is

to multiply hours reasonably expended by a reasonable hourly rate").  The Court concludes that

Plaintiff has satisfied the criteria necessary for an award of fees in the amount of $80,384.50, as

well as prejudgment interest in the amount of $20, 678.90 for the reason set forth in the Motion.

Accordingly, the Court awards the foregoing amounts to Plaintiff.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of October, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge Lurana S. Snow

All Counsel of Record